Honorable (Bishop Gene Edward Scott, II)
4839 South Darrow Drive #2258
Tempe, Arizona 85282

(480) 203-6728

(Email): genscott1967@yahoo.com

X FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 2 5 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    DEPUTY

THE U.S. COURT IN AND FOR ARIZONA

CV23-00182-PHX-JJT--MTM

Gene Scott II,
  Petitioner,

CASE: MOTION FOR IN FORMA PAUPERIS AND TO ADMIT PETITION.

VS.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCivP 5.4
(Rule Number/Section)

"Maricopa County Police" Departments...,"
  Respondant(s).
621 West Washington Street
Phoenix..., Arizona 85003,
  Respondants.

(602) 262-6151.

-1-

I. Question of Law(s):

1. VIII Amendment of U.S. Constitution.

2. Diversity of Citizenship

3. Amount In Question:

Above $75,000.

II. Statement Of Claim:

1. City Of Phoenix mashed cooperitive Petitioner's anatomical mouth--- face in urinated ground---dirt.

2. Same type of Officers numerously illegally arrested Petitioner... a type.

3. Medical records of injured Petitioner amid terroshealth.org and Case Manager: Mohamed Barry @ mohamed.barry@terroshealth.org and request the Court to gather Petitioner's med records/psychiatric records.

-2-

III. Statement Of Relief:

1. What is appropriate and ultimate legal.

We declare that the ... action h-e-r-e is for legal purposes and the Petitioner is ... indigent / having more debt than income.

Dated: 1/21/2023.

[signature]